AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Margaret Loveday and William Loveday<br>*Plaintiff*<br>v.<br>Zimmer Inc., et al.<br>*Defendant* | Case No. 1-11-cv-02681 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zimmer Inc.; Zimmer Holdings, Inc.; Zimmer Orthopaedic Surgical Products, Inc.

Date:   08/03/2011

*Attorney's signature*

Phoebe Wilkinson, 2606713
*Printed name and bar number*

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
*Address*

pwilkinson@chadbourne.com
*E-mail address*

(212) 408-1157
*Telephone number*

(646) 710-1157
*FAX number*